UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NIKI LEE ESMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING<br>   COMMISSIONER OF SOCIAL<br>   SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. CV-20-150-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of plaintiff and against defendant as stated in the Court's Order E.C.F. 14.

Dated this 2nd day of November, 2021.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk